

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

HIBERNIA ENERGY III, LLC AND TRP MIDLAND LLC,  §          No.08-21-00092-CV

§          Appeal from the

Appellants,

§          112th District Court

v.

§          of Reagan County, Texas

FERAE NATURAE, LLC,

§          (TC# CV02322)

Appellee.

§

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **February 21, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Bradley H. Bains, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 21, 2022

Further, any issue regarding the supersedeas bond must be addressed by a separate motion.

IT IS SO ORDERED this 8th day of January, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Alley, JJ.